**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 5:26-CR-32** |
| | : | |
| **ANGEL QUETZALCOAT** | : | |
| **AGUILAR-CONTRERAS** | : | : |
| | : | |
| **Defendant.** | : | |
| | : | |

**ORDER TO UNSEAL**

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that the case should be unsealed,

IT IS ORDERED that the case by unsealed in its entirety.

SO ORDERED this 21 day of August, 2026.

**CHARLES H. WEIGLE**
UNITED STATES MAGISTRATE JUDGE